1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
   KENT R. RAYGOR, Cal. Bar No. 117224
2  kraygor@sheppardmullin.com
   VALERIE E. ALTER, Cal. Bar No. 239905
3  valter@sheppardmullin.com
   ZACHARY J. GOLDA, Cal. Bar No. 327532
4  zgolda@sheppardmullin.com
   1901 Avenue of the Stars, Suite 1600
5  Los Angeles, California  90067-6055
   Telephone:    (310) 228-3700
6  Facsimile:    (310) 228-3701

7  Attorneys for Respondents and Defendants
   COUNTY OF LOS ANGELES
8  DEPARTMENT OF PUBLIC HEALTH,
   MUNTU DAVIS, M.D., and BARBARA
9  FERRER, PhD

10              UNITED STATES DISTRICT COURT

11    FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

12

13

14  ALLIANCE OF LOS ANGELES            Case No. _____
    COUNTY PARENTS, an unincorporated
15  association
                                       **NOTICE OF REMOVAL**
16            Petitioner and Plaintiff,

17        v.

18  COUNTY OF LOS ANGELES
    DEPARTMENT OF PUBLIC HEALTH;
19  MUNTU DAVIS, in his official capacity
    as Health Officer for the County of Los
20  Angeles; BARBARA FERRER, in her
    official capacity as Director of the County
21  of Los Angeles Department of Public
    Health; and DOES 1 through 25, inclusive,
22
              Respondents and Defendants.
23

24

25

26

27

28

SMRH:4888-1973-1247.1                      -1-

1  TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL

2  DISTRICT OF CALIFORNIA, AND TO PETITIONER AND PLAINTIFF AND ITS

3  ATTORNEYS OF RECORD:

4        PLEASE TAKE NOTICE that Respondents and Defendants County of Los Angeles

5  Department of Public Health, Muntu Davis, M.D., and Barbara Ferrer, PhD (collectively, the

6  "**LACDPH Defendants**") hereby provide notice of the removal to the United States District

7  Court for the Central District of California of the following lawsuit, originally filed on July

8  26, 2022 in the Superior Court for the County of Los Angeles: *Alliance of Los Angeles*

9  *County Parents v. County of Los Angeles Department of Public Health*, *Muntu Davis,*

10  *Barbara Ferrer, et al*., LASC Case No. 22DTCP02772 (the "**State Court Action**"). The

11  following is a short, plain statement of the grounds for removal. *See* 28 U.S.C. § 1446(a).

12  **A.**    <u>**DESCRIPTION OF THE ACTION**</u>.

13        On July 26, 2022, Petitioner and Plaintiff Alliance of Los Angeles County Parents

14  ("**Petitioner**") filed a *Petition for Writ of Mandate* ("***Petition***") against the LACDPH

15  Defendants in the Los Angeles County Superior Court. The LACDPH Defendants accepted

16  service on or about August 15, 2022.

17        The *Petition* asserts six causes of action. The First, Second, and Third Causes of

18  Action each seek a writ of mandate pursuant to CAL. CIV. PROC. CODE § 1085 for purported

19  "Abuse of Discretion under Health and Safety Code sections 120175 and 101040." The

20  Fourth Cause of Action asserts a purported violation of equal protection under the California

21  Constitution. The Fifth Cause of Action asserts a purported declaratory relief claim

22  premised on the alleged equal protection violation. The Sixth Cause of Action asserts a

23  purported claim under 42 U.S.C. § 1983 for violation of Petitioner's members' rights under

24  the United States Constitution. The *Petition* thus raises a claim under federal law,

25  specifically 42 U.S.C. § 1983 and the United States Constitution. The nature of the action is

26  more fully stated in the *Petition*, a copy of which is attached hereto as part of **EXHIBIT A**.

27

28

**B.**     __BASIS FOR REMOVAL (FEDERAL QUESTION).__

Under 28 U.S.C. § 1331, the "district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."  Here, Petitioner asserts against the LACDPH Defendants a cause of action for purported violation of 42 U.S.C. § 1983 premised upon alleged violations of Petitioner's members' rights under the United States Constitution.  [*Petition*, ¶¶ 148-156.]  Accordingly, this action is properly removed under 28 U.S.C. §§ 1331, 1367(a), and 1441(a).

**C.**     __THE NOTICE OF REMOVAL IS PROCEDURALLY PROPER.__

Based on the foregoing, this action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331, and is one that may be removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.  There is supplemental jurisdiction over Petitioner's state law claims under 28 U.S.C. § 1367(c).

The filing of this *Notice of Removal* is filed within the time period required under 28 U.S.C. § 1446(b) because it has been filed within thirty (30) days after the *Petition* asserting a federal question was filed on July 26, 2022, and within 30 days of August 15, 2022, when the LACDPH Defendants accepted service.

In accordance with the requirements of 28 U.S.C. § 1446(a), copies of the *Petition* and all other papers served on the LACDPH Defendants in the State Court Action as of the filing of this *Notice of Removal* are attached hereto as **EXHIBIT A**.

The LACDPH Defendants will give written notice of the filing of this *Notice of Removal* to all adverse parties as required by 28 U.S.C. § 1446(d) and will file a copy of this *Notice of Removal* with the Clerk of the Superior Court of California, County of Los Angeles, as further required by § 1446.

Venue is proper in this Court because the action is being removed from the Superior Court in the County of Los Angeles.

There are no other named defendants whose consent would be required for removal. *See* 28 U.S.C. § 1446.

**D.**    **<u>CONCLUSION</u>.**

For all of the foregoing reasons, the LACDPH Defendants request that the State Court Action pending before the Superior Court of the State of California for Los Angeles County be removed to the United States District Court for the Central District of California as if originally filed herein.

Dated:  August 23, 2022          SHEPPARD MULLIN RICHTER & HAMPTON LLP

By      _____
                    */s/ Kent R. Raygor*
                    KENT R. RAYGOR

                    Attorneys for Respondents and Defendants
                    COUNTY OF LOS ANGELES, MUNTU DAVIS,
                    M.D.. and BARBARA FERRER. PhD

<u>PROOF OF SERVICE</u>

<u>STATE OF CALIFORNIA, COUNTY OF LOS ANGELES</u>

At the time of service, I was over 18 years of age and **not a party to this action**.  I am employed in Orange County, State of California.  My business address is 1901 Avenue of the Stars, Suite 1600, Los Angeles, CA 90067.

On August 23, 2022, I served true copies of the following document(s) described as **NOTICE OF REMOVAL** on the interested parties in this action as follows:

| | |
|---|---|
| Julie A. Hamill | Attorney for Petitioner |
| Hamill Law & Consulting | ALLIANCE OF LOS ANGELES |
| 904 Silver Spur Road, #287 | COUNTY PARENTS |
| Rolling Hills Estates, California 90274 | |

**BY HAND DELIVERY:**  I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 23, 2022, at Costa Mesa, California.



*/s/Hina Siddiqui*
Hina Siddiqui