| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA COUNTY OF LOS ANGELES** | Reserved for Clerk's File Stamp<br><br>**FILED**<br>Superior Court of California<br>County of Los Angeles<br>07/27/2022<br>Sherri R. Carter, Executive Officer / Clerk of Court<br>By: _C. Del Rio_ Deputy |
| COURTHOUSE ADDRESS:<br>Stanley Mosk Courthouse<br>111 North Hill Street, Los Angeles, CA 90012 | |
| PLAINTIFF(S):<br>Alliance of Los Angeles County Parents, an unincorporated association | |
| DEFENDANT(S):<br>County of Los Angeles Department of Public Health et al | |
| **NOTICE OF TRIAL SETTING CONFERENCE AND ATTACHED ORDERS THEREON** | CASE NUMBER:<br>22STCP02772 |

You are hereby notified that the above matter has been set for trial setting conference on 11/03/2022 at 9:30 AM in Department 85 of the above-entitled court.

You are ordered to give notice of this hearing and serve a copy of this notice to all parties to the action within 10 days of service of this notice.

Sherri R. Carter, Executive Officer / Clerk of Court

Date: 07/27/2022

By, C. Del Rio
Deputy Clerk

**NOTICE OF TRIAL SETTING CONFERENCE AND ATTACHED ORDERS THEREON**

LACIV XXX
LASC Approved 00/00

**Exhibit A, Page 174**

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Stanley Mosk Courthouse<br>111 North Hill Street, Los Angeles, CA 90012 | **FILED**<br>Superior Court of California<br>County of Los Angeles<br>07/27/2022<br>Sherri R. Carter, Executive Officer / Clerk of Court<br>By: _____C. Del Rio_____ Deputy |
| PLAINTIFF/PETITIONER:<br>Alliance of Los Angeles County Parents, an unincorporated association | |
| DEFENDANT/RESPONDENT:<br>County of Los Angeles Department of Public Health et al | |
| **CERTIFICATE OF MAILING** | CASE NUMBER:<br>22STCP02772 |

I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Trial Setting Conference and Attached Orders Thereon upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Los Angeles, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.

Julie Hamill
Hamill Law & Consulting
904 Silver Spur Road, #287
Rolling Hills Estates, CA  90274

Sherri R. Carter, Executive Officer / Clerk of Court

Dated: 07/27/2022    By: _____C. Del Rio_____
                              Deputy Clerk

**CERTIFICATE OF MAILING**
**Exhibit A, Page 175**