**POS-015**

| ATTORNEY OR PARTY WITHOUT ATTORNEY: STATE BAR NO: | FOR COURT USE ONLY |
|---|---|
| NAME: Julie A. Hamill (272742) <br> FIRM NAME: Hamill Law & Consulting <br> STREET ADDRESS: 904 Silver Spur Road, #287 <br> CITY: Rolling Hills Estates, CA 90274   STATE: CA   ZIP CODE: 90275 <br> TELEPHONE NO.: (424)265-0529   FAX NO.: <br> E-MAIL ADDRESS: julie@juliehamill-law.com <br> ATTORNEY FOR (Name): ALLIANCE OF LOS ANGELES COUNTY PARENTS, an unincorporated association | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk Courthouse

Plaintiff/Petitioner: ALLIANCE OF LOS ANGELES COUNTY PARENTS, an unincorporated association
Defendant/Respondent: County of Los Angeles, et al

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER: <br> 22STCP02772 |
|---|---|

TO (insert name of party being served): Barbara Ferrer, in her official capacity as Director of County of Los Angeles Department of Public Health

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: August 5, 2022

Julie A. Hamill
(TYPE OR PRINT NAME)     ▶ /s/ Julie Hamill
                              (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of (to be completed by sender before mailing):

1. [X] A copy of the summons and of the complaint.
2. [X] Other (specify):
   Civil case cover sheet, Summons, Petition for Writ of Mandate and Complaint, Notice of Case Assignment, Notice of Trial Setting Conference, Alternative Dispute Resolution (ADR) package, First Amended General Order re Mandatory Electronic Filing for Civil and Voluntary Efficient Litigation Stipulations.

*(To be completed by recipient):*

Date this form is signed: _____

_____      ▶   _____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,          (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED)                          ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

| Form Adopted for Mandatory Use <br> Judicial Council of California <br> POS-015 [Rev. January 1, 2005] | **NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL** | Code of Civil Procedure, <br> §§ 415.30, 417.10 <br> www.courtinfo.ca.gov |

For your protection and privacy, please press the Clear This Form button after you have printed the form.  [Print this form] [Save this form]   [Clear this form]

Exhibit A, Page 179