## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in Orange County, State of California. My business address is 1901 Avenue of the Stars, Suite 1600, Los Angeles, CA 90067.

On August 23, 2022, I served true copies of the following document(s) described as **NOTICE OF REMOVAL** on the interested parties in this action as follows:

| | |
|---|---|
| Julie A. Hamill<br>Hamill Law & Consulting<br>904 Silver Spur Road, #287<br>Rolling Hills Estates, California 90274 | Attorney for Petitioner<br>ALLIANCE OF LOS ANGELES COUNTY PARENTS |

**BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 23, 2022, at Costa Mesa, California.

                                                        */s/Hina Siddiqui*
                                                      Hina Siddiqui

SMRH:4871-4895-6719.1