# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIANCE OF LOS ANGELES COUNTY PARENTS<br><br>PLAINTIFF(S)<br><br>v.<br><br>COUNTY OF LOS ANGELES DEPARTMENT OF PUBLIC HEALTH , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:22–cv–05967–RSWL–PLA<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 8/23/2022 | 2 | Civil Cover Sheet |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

Attachments: # 1 Certification And Notice Of Interested Parties should not have been attached to Docket Entry No. 2. The document(s) should have been filed separately. You are not required to take any action to correct this deficiency unless the Court so directs.

Clerk, U.S. District Court

Dated: August 23, 2022    By: /s/ *Shaunte M Hunter  shaunte_hunter@cacd.uscourts.gov*
                              Deputy Clerk