## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alliance of Los Angeles County Parents,<br><br>PLAINTIFF(S)<br>v.<br>County of Los Angeles Department of Public Health, et al.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:22-cv-05967-RSWL-PLAx<br><br><br>**ORDER RETURNING CASE**<br>**FOR REASSIGNMENT** |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 21-01.


August 26, 2022  /s/ RONALD S.W. LEW
Date                               United States District Judge

---

### NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge ___Percy Anderson___ for all further proceedings. On all documents subsequently filed in this case, please substitute the initials ___PA___ after the case number in place of the initials of the prior judge so that the case number will read ___2:22-cv-05967 PA(PLAx)___ . This is very important because documents are routed to the assigned judge by means of the initials.


*cc:* ☐ *Previous Judge*   ☐ *Statistics Clerk*

CV-89 (03/21)                               ORDER RETURNING CASE FOR REASSIGNMENT