HAMILL LAW & CONSULTING
JULIE A. HAMILL, Cal. Bar No. 272742
julie@juliehamill-law.com
904 Silver Spur Road, #287
Rolling Hills Estates, California 90274
Telephone: (424) 265-0529

Attorneys for Plaintiff ALLIANCE OF
LOS ANGELES COUNTY PARENTS

SHEPPARD MULLIN RICHTER & HAMPTON LLP
KENT R. RAYGOR, Cal. Bar No. 117224
kraygor@sheppardmullin.com
VALERIE E. ALTER, Cal. Bar No. 239905
valter@sheppardmullin.com
ZACHARY J. GOLDA, Cal. Bar No. 327532
zgolda@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone: (310) 228-3700
Facsimile: (310) 228-3701

Attorneys for Defendants COUNTY OF LOS ANGELES
DEPARTMENT OF PUBLIC HEALTH, MUNTU
DAVIS, M.D., and BARBARA FERRER, PhD

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALLIANCE OF LOS ANGELES COUNTY PARENTS, an unincorporated association,<br><br>　　　　Petitioner and Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES DEPARTMENT OF PUBLIC HEALTH; MUNTU DAVIS, in his official capacity as Health Officer for the County of Los Angeles; BARBARA FERRER, in her official capacity as Director of the County of Los Angeles Department of Public Health; and DOES 1 through 25, inclusive,<br><br>　　　　Respondents and Defendants. | Case No. 2:22-cv-05967-PA-PLA<br><br>**JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO THE INITIAL *COMPLAINT* BY NOT MORE THAN 30 DAYS**<br><br>[C.D. Cal. Local Rule 8-3]<br><br>Complaint Served:　August 15, 2022<br>Current Response:　September 5, 2022<br>New Response Date: October 5, 2022 |

　　　　WHEREAS:

1. Plaintiff Alliance of Los Angeles Parents ("**Plaintiff**") filed this action on July 26, 2022 in the California Superior Court for the County of Los Angeles;

2. Undersigned counsel for Defendants County of Los Angeles Department of Public Health, Muntu Davis, M.D., and Barbara Ferrer, PhD (collectively "**Defendants**") agreed to accept service on behalf of Defendants on August 15, 2022;

3. Defendants filed a *Notice of Removal* of Plaintiff's state court action on August 23, 2022;

4. Without the extension reflected herein, Defendants must respond to the *Complaint* by September 5, 2022;

5. Plaintiff has agreed to extend Defendants' time to respond to the initial *Complaint* until October 5, 2022 pursuant to C.D. CAL. LOCAL RULE 8-3;

6. In light of the foregoing, it furthers the interests of judicial economy to extend the time in which Defendants must respond to the *Complaint*;

IT IS HEREBY STIPULATED BY PLAINTIFF AND DEFENDANTS PURSUANT TO C.D. CAL. LOCAL RULE 8-3 AS FOLLOWS:

The time for Defendants to respond to the initial *Complaint* in this action is extended from September 5, 2022 to October 5, 2022 (30 days).

Dated: August 30, 2022           SHEPPARD MULLIN RICHTER & HAMPTON LLP

                                 By _____/s/ Kent R. Raygor_____
                                          KENT R. RAYGOR

                                 Attorneys for Defendants COUNTY OF LOS ANGELES DEPARTMENT OF PUBLIC HEALTH, MUNTU DAVIS, M.D., and BARBARA FERRER, PhD

| | | |
|---|---|---|
| 1 | Dated: August 30, 2022 | Hamill Law & Consulting |
| 2 | | |
| 3 | | By  /s/ Julie A. Hamill |
| 4 | | JULIE A. HAMILL<br>Attorneys for Plaintiff ALLIANCE FOR LOS ANGELES COUNTY PARENTS |

Pursuant to C.D. CAL. LOCAL RULE 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 30, 2022    SHEPPARD MULLIN RICHTER & HAMPTON LLP

By  /s/ Kent R. Raygor
KENT R. RAYGOR

Attorneys for Defendants COUNTY OF LOS ANGELES DEPARTMENT OF PUBLIC HEALTH, MUNTU DAVIS, M.D., and BARBARA FERRER, PhD