

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**United States District Court**
Central District of California
**Office of the Clerk**

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

Superior Court of California
County of Los Angeles
Stanley Mosk Courthouse
111 N. Hill Street
Los Angeles CA 90012

September 01, 2022
FILED
CLERK, U.S. DISTRICT COURT
SEP 20 2022
CENTRAL DISTRICT OF CALIFORNIA
BY    TY    DEPUTY

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles
SEP 08 2022
Sherri R. Carter, Executive Officer/Clerk of Court

Re:   Case Number: 2:22-cv-05967-PA-PLAx

Previously Superior Court Case No.: 22STCP02772

Case Name: Alliance of Los Angeles County Parents v. County of Los Angeles Department

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on 08/31/2022, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

☑ United States Courthouse
255 East Temple St., Suite TS-134
Los Angeles, CA 90012

☐ United States Courthouse
411 West Fourth St., Room 1053
Santa Ana, CA 92701-4516

☐ United States Courthouse
3470 Twelfth St., Room 134
Riverside, CA 92501

Respectfully,

Clerk, U. S. District Court

By: alison_bandek@cacd.uscourts.gov
Deputy Clerk

Encls.
cc: Counsel of record

Receipt is acknowledged of the documents described above.

9-8-22
Date

Clerk, Superior Court
By: Natalie Osolie
Deputy Clerk

(G-17 1/19)   LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT